**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN THE MATTER OF: BENJAMIN PAUL     :   No. 66 WM 2025
BROWNLEE                                :
                                                :


## DISSENTING STATEMENT


**JUSTICE WECHT**                              **FILED: SEPTEMBER 3, 2025**

For the reasons articulated in my dissenting statements in *In the Matter of de Laveaga*, 5 WM 2025, *In the Matter of Hart*, 2025 WL 1501819 (Pa. 2025), and *In the Matter of Shepherd*, 24 WM 2025, I note my dissent from the Court's decision to grant in part the "Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g)."